IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **LEONARD SMITH** | : | CASE NO. 5:12-CV-518- JRA |
| Plaintiff, | : | |
| | : | Judge John R. Adams |
| v. | : | |
| **NEW ENGLAND MOTOR FREIGHT, INC.** | : | **MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** |
| | : | **Filed Electronically** |
| Defendant. | : | |

Defendant, New England Motor Freight, Inc. ("Defendant"), by its undersigned counsel, Fox Rothschild LLP and Zashin & Rich Co., L.P.A., respectfully moves this Honorable Court to transfer the venue of the above-captioned action to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. § 1404(a).

In support of the present motion, Defendant respectfully relies on, and incorporates by reference herein, the accompanying Memorandum of Law, and Declaration of Louis Natale.

LV1 1623123v1 05/04/12

WHEREFORE, Defendant respectfully requests that this Honorable Court grant their motion to transfer venue to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. § 1404.

Respectfully submitted,

Dated:  May 7, 2012

By: s/ *Stephen S. Zashin*
  Thomas A. Cunniff (0065311)
  **FOX ROTHSCHILD LLP**
  997 Lenox Drive, Building Three
  Lawrenceville, New Jersey  08648-2311
  Telephone: (609) 896-7656
  Facsimile:  (609) 345-7507
  E-mail:  tcunniff@foxrothschild.com

  Stephen S. Zashin (0069775)
  **ZASHIN & RICH CO., L.P.A.**
  55 Public Square, 4th Floor
  Cleveland, Ohio 44113
  Telephone: (216) 696-4441
  Facsimile:  (216) 696-1618
  E-mail: ssz@zrlaw.com

  *Attorneys for Defendant,*
  *New England Motor Freight, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I certify that I on May 7, 2012, I electronically filed the foregoing "*Defendant's Motion To Transfer Venue Pursuant To 28 U.S.C. § 1404(a)*" All parties and counsel will receive notice of this filing through the Court's electronic filing system and may access the filing through the Court's system.

s/*Stephen S. Zashin*
*One of the Attorneys for Defendant,*
*New England Motor Freight, Inc.*
