IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **LEONARD SMITH, on Behalf of Himself and All Others Similarly Situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**NEW ENGLAND MOTOR FREIGHT, INC.,**<br><br>Defendant. | CASE NO. 5:12-CV-518<br><br>U.S. DISTRICT JUDGE JOHN R. ADAMS<br><br>U.S. MAGISTRATE JUDGE KATHLEEN BURKE |

### ORDER

This cause came before the Court on Plaintiff and Defendant's Stipulated Motion to Transfer Venue. For good cause shown, the Court hereby **GRANTS** the Stipulated Motion to Transfer Venue to the United States District Court for the District of New Jersey, Newark Vicinage and directs Defendant to answer, move, or otherwise respond to Plaintiff's Class Action Complaint thirty (30) days from the date the matter is docketed in the District of New Jersey.

DATED: June 5, 2012

                                                                                             /s/ John R. Adams
                                                                               U.S. DISTRICT JUDGE JOHN R. ADAMS