```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY

-----------------------------X

LEONARD SMITH, on Behalf of
Himself and All Others
Similarly Situated,

        Plaintiff,                 2:12-cv-03559 (WJM)(MF)

v.
                                   ORDER OF DISMISSAL
NEW ENGLAND MOTOR FREIGHT
INC.,

        Defendant.
-----------------------------X
```

The parties having notified the Court that the above action has been settled,

It is on this 17th day of May, 2013

ORDERED that this matter be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.


                              s/William J. Martini
                              _____
                              WILLIAM J. MARTINI, U.S.D.J.