| | |
|---|---|
| Liza M. Walsh | Anthony R. Pecora |
| Katelyn O'Reilly | Matthew A. Dooley |
| CONNELL FOLEY LLP | STUMPHAUZER O'TOOLE |
| 85 Livingston Avenue | 5455 Detroit Road |
| Roseland, New Jersey 07068 | Sheffield Village, Ohio 44054 |
| (973) 535-0500 | (440) 930-4001 |
| | |
| Jack L. Kolpen | *Counsel for Plaintiff* |
| Thomas B. Cunniff | *and the Putative Class* |
| Irina B. Elgart | |
| FOX ROTHSCHILD LLP | |
| Princeton Pike Corporate Center | |
| 997 Lenox Drive, Building Three | |
| Lawrenceville, NJ 08648 | |
| (609) 896-3600 | |

*Attorneys for Defendant*
*New England Motor Freight*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEONARD SMITH, | Hon. William J. Martini |
| Plaintiff, | Hon. Mark Falk |
| v. | Civil Action No. 2:12-CV-03559-WJM-MF |
| NEW ENGLAND MOTOR FREIGHT, INC., | |
| Defendant, | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Plaintiff Leonard Smith and Defendant New England Motor Freight, Inc. (collectively, the "Parties"), through undersigned counsel, shall move before the Honorable Mark Falk, U.S.M.J., at the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey, on December 2, 2013, or as soon thereafter as the matter may be heard, for the entry of an Order granting the

Parties' joint motion for preliminary approval of proposed class settlement, certification of a class for the purposes of settlement, and approval of the form and manner of notice.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the Parties will rely upon the accompanying Memorandum of Law in support thereof, any additional submissions made hereafter, all of the pleadings and other documents on file in this action, all of the matters of which the Court may or must take judicial notice, and such argument as the Court may entertain.

Dated: October 30, 2013

                Respectfully Submitted,

                **STUMPHAUZER | O'TOOLE**

By: *s/Anthony R. Pecora*_____
    Anthony R. Pecora (0069660)
    Matthew A. Dooley (0081482)
    5455 Detroit Road
    Sheffield Village, Ohio  44054
    Telephone     (440) 930-4001
    Fax:             (440) 934-7208
    Email:          apecora@sheffieldlaw.com
                   mdooley@sheffieldlaw.com

*Counsel for Plaintiff and the putative class*

                **CONNELL FOLEY**

By: *s/Liza M. Walsh*_____
    Liza M. Walsh
    Katelyn O'Reilly
    85 Livingston Avenue
    Roseland, New Jersey
    Telephone:    (973) 535-0500
    Facsimile:     (973) 535-9217
    E-mail:          lwalsh@connellfoley.com

        Jack L. Kolpen
        Irina B. Elgart
        **FOX ROTHSCHILD LLP**
        Princeton Pike Corporate Center
        997 Lenox Drive, Building Three
        Lawrenceville, NJ 08648-2311

        *Counsel for Defendant New England Motor Freight, Inc.*